S. P. T. Linder Co., Inc., v. Robert A. Shiverick, Impleaded with Jacob Antonelli & Son, Inc., and Others.— Motion granted so far as to extend the time of the defendant Robert A. Shiverick in which to serve and file the record on appeal and appellant's points, to and including the 24th day of May, 1928, upon condition that Robert A. Shiverick stipulate in writing to submit the appeal without argument on or before June 7, 1928, and that upon failure of appellant so to stipulate the said motion is denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Michael P. Kosolapov v. Michael O. Nassatisin.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Bessie Josephson v. Jacob Back.— Decision reserved until determination of the appeal, with leave to plaintiff to vacate the extension of time contained in the order to show cause dated May 2, 1928, if the appeal should be unreasonably delayed. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Charles Wersba and Another v. Jeremiah Laikind.— Motion granted to the extent of allowing the papers on appeal to be removed from the files of this court and transmitted to the court at Special Term for proper action on a motion to be there made to amend the record. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

The People of the State of New York ex rel. Emmy H. Granger v. Myron I. Granger.— No record on appeal having been filed, the motion is denied. Motion to correct record should be made at Special Term. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Alexander Walker and Others v. Leigh K. Lydecker, as Testamentary Trustee, etc., and Others; Richard H. Walker and Others.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Fred L. Engel, Plaintiff, v. Kazan Carpet Company, Inc., Appellant. (Action No. 1.) Gizella Jellinek and Another, Respondents, v. Fred L. Engel and Another, Defendants. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Oscar L. Richard and Others, Respondents, v. The Connecticut Electric Manufacturing Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

In the Matter of the Transfer Tax upon the Estate of William L. Harkness, Deceased. Edith Hale Harkness, Individually and as One of the Executors and Trustees, etc., and Others, Appellants; State Tax Commission, Respondent.— Order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

The People of the State of New York, Respondent, v. Louis Goldberger, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.